UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION


Dawn Melissa Daigre                                                                        PLAINTIFF(S)

VERSUS                                                        CIVIL ACTION NO. 1:10cv568-LG-RHW

City of Waveland, Mississippi, *et al.*                                                   DEFENDANT(S)


CASE MANAGEMENT ORDER

      This case management order can be modified only by order of the Court upon a showing of good cause.  IT IS HEREBY ORDERED:

1.     Case Track
      X    The case is assigned to the Standard Track.
            The case is assigned to the Complex Track.

2.     Disclosure
      X    The initial disclosure requirements are complete.
            The following additional disclosure is ordered:

3.     Early Filing of Motions


4.     Specific Discovery Provisions or Limitations
    Interrogatories, request for production and admissions are limited to 30 of each.
    Depositions are limited to parties, experts and no more than 10 fact witnesses.
     X  1. Plaintiff must execute a waiver of medical privilege.
     X  2. Defendant may have a local IME (within subpoena range of Court) with a doctor who has not examined plaintiff.  IME must be completed in time to comply with expert designation deadlines.

5.     Consent to Trial by Magistrate Judge

            The parties CONSENT to trial by Magistrate Judge.
      X    The parties do NOT consent to trial by Magistrate Judge.

6.     Scheduling Order

    a.  ORDERED that MOTIONS for joinder of parties or MOTIONS to amend the pleadings shall be filed on or before 3/22/2011.

    b.  ORDERED that all the PLAINTIFF'S EXPERTS shall be designated on or before 5/2/2011.

    c.  ORDERED that all the DEFENDANT'S EXPERTS shall be designated on or before 6/2/2011.

d.  ORDERED that all DISCOVERY shall be completed on or before 9/1/2011.

e.  ORDERED that all MOTIONS, other than in limine motions, but including Daubert motions, shall be filed by 9/15/2011.  The deadline for in limine motions is fourteen (14) days before the pretrial conference, with responses due seven (7) days before the pretrial conference.

f.  ORDERED that the SETTLEMENT CONFERENCE in this case is set 11/2/2011 at 1:30 p.m. with Judge Walker.  Parties are to be present unless specifically excused.

g.  ORDERED that the PRETRIAL CONFERENCE in this case is 2/22-24/2012.  Parties are to be present or immediately available by telephone at the conference.

h.  ORDERED that this case is set for JURY TRIAL :
     1.  on a day certain beginning  or;
     2.  during a 3 week trial calendar beginning 3/5/2012.

Estimated time of trial is 3 days.

i.  CONFLICTS: None.  (The court will only consider conflicts specified in this ORDER)

SO ORDERED this the 22nd day of February, 2011.


                                        s/ Robert H. Walker
                                        UNITED STATES MAGISTRATE JUDGE