IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAWN MELISSA DAIGRE**                                                   **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 1:10-cv-00568(LG)(RHW)**

**CITY OF WAVELAND, MISSISSIPPI, A
MUNICIPAL CORPORATION, CHIEF JAMES
A. VARNELL, OFFICER HENRY BOUGANIM,
SERGEANT CLAY NECAISE, OFFICER
CHRISTOPHER ALLEN, AND OFFICER
JOSHUA POYADOU, INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES AS POLICE
OFFICERS WITH THE CITY OF
WAVELAND, MISSISSIPPI**                                                   **DEFENDANTS**

### UNOPPOSED MOTION FOR EXTENSION OF DEADLINES

The Defendants, the City of Waveland, Mississippi, James A. Varnell, Henry Bouganim, Clay Necaise, Christopher Allen and Joshua Poyadou (collectively, the "Municipal Defendants"), by and through their undersigned counsel, submit this Unopposed Motion for an Extension of Deadlines. In support of said Motion, Defendant would show as follow:

1. Pursuant to this Court's scheduling order, the current deadline for the completion of discovery is September 1, 2011 and the deadline for submission of motions is September 15, 2011. Counsel for the parties have conferred and agree that, due to prior obligations of the attorneys and the parties, it will not be possible to meet the deadlines.

2. Defendants therefore request an extension of the discovery and motions deadlines. Defendants request that the discovery deadline be extended up to and including September 29, 2011 and that the deadline for filing of motions be extended up to and including October 13, 2011. These requested dates would put the motions deadline more than 120 days prior to the scheduled pretrial conference date of February 22, 2012.

5367102_1.DOC

3. Plaintiff's attorney has been contacted and consents to the requested extensions. This motion is not being made for purposes of harassment or delay, but to allow the parties adequate time to complete discovery.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Court grant their Motion for Extension of Deadlines and enter an order (1) extending the deadline for completion of discovery up to and including September 29, 2011; and (2) extending the deadline for the filing of motions up to and including October 13, 2011.

THIS, the 8th day of August, 2011.

Respectfully submitted,

**PHELPS DUNBAR, LLP**

BY: /s/W. Brett Harvey
Gary E. Friedman, MS Bar No. 5532
W. Brett Harvey, MS Bar No. 102440
4270 I-55 North
Jackson, Mississippi 39211
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email: friedmag@phelps.com
brett.harvey@phelps.com

Michael Held, MB #101942
NorthCourt One
2304 – 19th Street, Suite 300
Gulfport, Mississippi 39501
Telephone: (228) 679-1130
Telecopier: (228) 679-1131
Email: heldm@phelps.com

**ATTORNEYS FOR MUNICIPAL DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I, W. BRETT HARVEY, do hereby certify that I have this date electronically filed the foregoing *MOTION* with the Clerk of the Court via ECF, which forwarded notice of the same via email to the following counsel:

> Brian Bienvenu Alexander, Esq.
> Alexander & Alexander, P.C.
> 220 Bookter Street
> Bay St. Louis, Mississippi 39520
> Telephone: (228) 342-8429
> brianalexander@bellsouth.net

> John Christopher Alexander, Sr., Esquire
> 3751 Government Street, Suite "A"
> Baton Rouge, LA  70806
> Telephone:  (225) 761-9456
> jca@jcalaw.us

***ATTORNEYS FOR PLAINTIFF***

THIS, the 8th day of August, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/W. Brett Harvey_
　　　　　　　　　　　　　　　　　　　　　　　　W. BRETT HARVEY