UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAWN MELISSA DAIGRE                                                                            PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 1:10CV568-LG-RHW

CITY OF WAVELAND, MISSISSIPPI et al                                                    DEFENDANTS

## ORDER GRANTING MOTION FOR EXTENSION

Before the Court is a jointly filed [47] Motion for Extension of Deadlines.  The parties seek a continuation of the deadlines for discovery and dispostive motions, as well as a continuation of the settlement conference, pre-trial conference, and trial setting.  The Court finds that the motion is well-taken and should be granted to the extent that the discovery and motion deadlines will be extended at this time.  The Court will schedule a telephonic conference to discuss the continuation of the settlement conference, pre-trial conference, and trial setting.

IT IS THEREFORE ORDERED AND ADJUDGED that the [47] Motion for Extension of Deadlines is GRANTED.  Discovery shall be completed on or before **February 29, 2012**, and dispositive motions, including any *Daubert* motions, shall be filed on or before **March 14, 2012**.

IT IS FURTHER ORDERED that the settlement conference, pre-trial conference, and trial setting are hereby canceled.  The Court will notice a telephone conference for the purpose of re-scheduling the settlement conference, pre-trial conference, and trial setting.

SO ORDERED, this the 29th day of December, 2011.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE