

**J. CHRISTOPHER ALEXANDER, SR.**
LAW OFFICE, L.L.C.

January 25, 2012
(Sent Via Facsimile & U.S. Mail)

William Brett Harvey, Esq.
Phelps Dunbar, LLP - Jackson
Post Office Box 16114
Jackson, Mississippi 39236-6114
601-360-9721 (telephone)
601-360-9777 (facsimile)
harveyb@phelps.com

Michael F. Held, Esq.
Phelps Dunbar, LLP – Gulfport
2304 Nineteenth Street
Gulfport, Mississippi 39501
228-679-1130 (telephone)
228-679-1131 (facsimile)
heldm@phelps.com

      Re:    Dawn Melissa Daigre v. City of Waveland, MS, *et al*
            Docket No.: "1:10-cv-00568-LG-RHW"
            United States District Court
            Southern District of Mississippi

Dear Counsel:

Ms. Daigre has engaged George Armbruster as an expert in police policy and procedure. He is retained for all purposes. I am attaching Mr. Armbruster's CV.

Please contact us if you have any questions or concerns.

With kindest professional regards I remain,

Very Truly Yours.

**Law Office of J. Christopher Alexander, Sr. LLC**
Attorney and Counselor at Law

J. Christopher Alexander, Sr., Esq.
JCA:kep

    cc:    Brian Bienvenu Alexander, Esq. (via facsimile & email w/enclosure)
          Dawn Melissa Daigre (via U.S. Mail wo/enclosure)

---

3751 Government Street Suite A      P.O. Box 66989      Phone: 225-761-9456
Baton Rouge, La 70806      Baton Rouge, LA 70896      Fax: 225-761-7899

**EXHIBIT "A"**

GEORGE JOSEPH ARMBRUSTER
P.O. BOX 306
YOUNGSVILLE, LOUISIANA 70592
(337) 857-1509 - HOME
(337) 278-2885 (cell)

EDUCATION:

| | |
|---|---|
| Fall, 1985 | University of Virginia<br>6 hours Graduate work, Criminal Justice |
| Fall, 1985 | Federal Bureau of Investigation National Academy, 143rd Session |
| May, 1985 | University of Southwestern Louisiana<br>BS Degree - Criminal Justice; Overall GPA 3.2; Major GPA - 4.0 |
| May, 1979 | University of Southwestern Louisiana<br>AA Degree - Criminal Justice |
| 1965 - 1969 | Jesuit High School<br>New Orleans, Louisiana |

EMPLOYMENT:

| | |
|---|---|
| April 2004 – November 2007 | Youngsville Police Department |
| May, 1990 – Present | Armbruster & Associates, Inc.<br>President |
| April, 1997 – October, 2000 | Argus Security<br>President |
| 1992 - 1997 | Warden<br>Lafayette Parish Correctional Center |
| 1988 - 1997 | Lafayette Parish Sheriff's Department<br>Chief of Staff |
| 1984 - 1988 | Lafayette Parish Sheriff's Department<br>Captain, Training and Public Information |
| 1979 - 1984 | University of Southwestern Louisiana<br>Criminal Justice Training Center |

RESUME OF: GEORGE J. ARMBRUSTER
PAGE 2

| | |
|---|---|
| 1978 - 1979 | Lafayette City Police Department<br>Police Officer First Class |
| 1975 - 1978 | Sales Representative,<br>Houma, Louisiana |
| 1973 - 1975 | Jefferson Parish Sheriff's Department<br>Deputy Sheriff |

OUTSTANDING ACHIEVEMENTS:

Public Safety Servant of the Year, 1986, Louisiana Knights of Columbus

Outstanding Young Law Officer of the Year, Lafayette Jaycees (1986)

Class President and Highest Academic Awards in both Jefferson Parish Sheriff's Academy Class #12 and Acadiana Law Enforcement Training Academy Class #7

Appointed State Director for Louisiana by the Justice System Training Association, the International Non-Lethal Weapons Association and the American Society of Law Enforcement Trainers

Outstanding Young Law Officer of the Year, Louisiana Jaycees (1986)

Selected "Rookie of the Year", 1984 - 1985 by the Lafayette Optimist Club

Who's Who in Law Enforcement, 1990

EXPERT WITNESS:

Qualified as Expert Witness in both State and Federal Court in the areas of Arrest Techniques, Police Procedures, Police Training, Corrections issues and Use of Force

INSTRUCTOR CERTIFICATIONS:

| | | |
|---|---|---|
| Police Defensive Tactics | Police Driving | Firearms |
| Aerosol Projector Instructor | Academy Staff Instructor | |

Baton, Weapon Retention and Pressure Point Control Tactics

RESUME OF: GEORGE J. ARMBRUSTER
PAGE 3

CONSULTANT TO:

Louisiana Department of Corrections, Juvenile Division
Louisiana State Police, Troop I
Louisiana P.O.S.T. Council
Louisiana Sheriffs' Association
Lafayette City Police Department
Livingston Parish Sheriff's Department
Calcasieu Parish Sheriff's Department
Shreveport Police Department
Gretna Police Department
Jefferson Davis Parish Sheriff's Department
New Iberia Police Department
Laurel, Mississippi Police Department
Tampa, Florida Police Department
Northwest Louisiana Regional Police Academy
Acadia Parish Sheriff's Department
St. Landry Parish Sheriff's Department
Louisiana Wardens' Association
LSU Law Enforcement Training Program
LSU Law Enforcement Institute
City of Breaux Bridge Police Department

PROFESSIONAL ORGANIZATIONS:

National Sheriffs' Association
Louisiana Sheriffs' Association
International Association of Chiefs of Police (Life Member)
FBI National Academy Associates
Louisiana Peace Officers' Association
Police Marksman Association
Louisiana Officer Survival Instructors, Past President
Louisiana Academy Directors' Association, Past Secretary/Treasurer - 2 years
American Correctional Association
Association of Professional Law Enforcement Emergency Vehicle Response Trainers
International Association of Court Officers and Services

REFERENCES:

Furnished upon request

RESUME OF: GEORGE J. ARMBRUSTER
PAGE 4

PUBLICATIONS:

LOUISIANA DEPARTMENT OF CORRECTIONS JUVENILE DIVISION
DEFENSIVE TACTICS MANUAL
"Improved Handcuffing Techniques", LOUISIANA PEACE
OFFICER, April, May, June, 1982
LOUISIANA P.O.S.T. BASIC TRAINING MANUAL, 1983
"Police Defensive Tactics Training: Evaluation and
Recommendation", POLICE WORK, 1985"
"Police Discretion and Protective Custody",
LOUISIANA PEACE OFFICER, October 1985
"Police Policies and Powers in Medical Emergencies:
Guidelines for Basic and In-Service Training",
LOUISIANA PEACE OFFICER, November 1985
"Body Armor Evaluations", LOUISIANA PEACE OFFICER
October and November, 1986
"Free Press and Fair Trial, the P.I.O Function",
LOUISIANA PEACE OFFICER, March and April, 1987
"Body Armor: Evaluation and Selection". POLICE CHIEF MAGAZINE,
April, 1989
"Body Armor: Advantage for Law Enforcement " TOTAL SURVIVAL, 1993


COMMUNITY INVOLVEMENT:

Lafayette Optimist Club, Past Board Member

Citizens of District A (CODA), Board Member/President 1990

"Leadership Lafayette", Premier Class Member and
Board of Directors, Past Chairman of the Board

Member of the Police/Fire Basic Services Task Force of the "Visions Lafayette"
program. Designed to suggest improvements and goals for the community through the
year 2010

Lafayette Substance Abuse Task Force, Law Enforcement Chairman

Lafayette Crimestoppers – Past Board Member

RESUME OF: GEORGE J. ARMBRUSTER
PAGE 5

ADDITIONAL INFORMATION:

| | |
|---|---|
| 1979 - 1984 | Developed and managed the Acadiana Law Enforcement Training Academy, a regional academy serving an eight parish area consisting of 53 agencies |
| 1979 | Developed and implemented a 40 plus hour instructor school for Defensive Tactics instructors requested by the Louisiana Peace Officer Standards and Training Council. Included curriculum development, actual instruction, and both written and skills testing |
| 1980 | Developed and implemented In-Service Defensive Tactics program for the Lafayette Parish Sheriff's Department |
| 1984 - 1997 | Developed, implemented and administered complete in-service training program for the Lafayette Parish Sheriff's Department (computer based program) |
| 1984 - 1997 | Developed, edited, implemented and updated the Procedural Order Manual for the Lafayette Parish Sheriff's Department (computer based program) |
| 1985 - 1990 | Served on committee of the Louisiana Sheriffs' Association to assist in Legislative efforts |
| 1985 - 1994 | Developed, implemented and administered the Disciplinary Review Board and its procedures for the Lafayette Parish Sheriff's Department |
| 1986 - 1992 | Researched, implemented and administered promotional testing procedures for the Lafayette Parish Sheriff's Department |
| 2004 – 2007 | Researched and compiled Departmental Policy Manual to meet with CALEA standards for Recognition (Youngsville) |
| 2009 | Conducted evaluation & recommendation for City of Breaux Bridge Police Department |
| 2011 | Compiled and edited Patrol Manual for Vermilion Parish Sheriff's Office |