IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DAWN MELISSA DAIGRE**                                            **PLAINTIFF**

V.                                          CAUSE NO. 1:10CV568-LG-RHW

**CITY OF WAVELAND, MISSISSIPPI,
and JAMES. A. VARNELL, HENRY
BOUGANIM, CLAY NECAISE,
CHRISTOPHER ALLEN, and JOSHUA
POYADOU, Individually, and in their
official capacities as Police Officers with
the City of Waveland, Mississippi**                      **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [67] filed by Defendants City of Waveland, Mississippi, James A. Varnell, Henry Bouganim, Clay Necaise, Christopher Allen, and Joshua Poyadou, the Court, after a full review and consideration of the Motion, the pleadings on file and the relevant legal authority, finds that in accordance with the Memorandum Opinion and Order [77] entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendants. All Federal claims are hereby **DISMISSED.** Plaintiff's State law claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 24th day of September, 2012.

                                                                 s/ *Louis Guirola, Jr.*
                                                                  LOUIS GUIROLA, JR.
                                                                  CHIEF U.S. DISTRICT JUDGE